IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE VIDEO SOLUTIONS, INC.,<br><br>Defendant. | C.A. No. 21-631-MN<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT MOBILE VIDEO SOLUTIONS, INC.'S
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Mobile Video Solutions, Inc. ("MVSI") respectfully moves this Court to dismiss Plaintiff Rothschild Broadcast Distribution Systems, LLC's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in MVSI's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated:  June 2, 2021　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　By: */s/ Jeremy D. Anderson*
　　　　　　　　　　　　　　　　　　　　Jeremy D. Anderson (Bar No. 4515)
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 652-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　　(302) 652-0607 (Facsimile)
　　　　　　　　　　　　　　　　　　　　janderson@fr.com

　　　　　　　　　　　　　　　　　　　　Neil J. McNabnay
　　　　　　　　　　　　　　　　　　　　Ricardo J. Bonilla
　　　　　　　　　　　　　　　　　　　　Michael A. Vincent
　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)
　　　　　　　　　　　　　　　　　　　　macnabnay@fr.com; rbonilla@fr.com;
　　　　　　　　　　　　　　　　　　　　vincent@fr.com

　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　**MOBILE VIDEO SOLUTIONS, INC.**